**Betty Marie DRYE, Appellant,**

v.

**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES; University of Arkansas for Medical Sciences Board of Trustees; P. Baroni, In his individual and official capacities; P. Whitlock, In her individual and official capacities, Appellees.**

No. 11–3348.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2012.

Filed: May 8, 2012.

Luther Oneal Sutter, Harrill & Sutter, Benton, AR, for Appellant.

Sarah James, Associate General Counsel University of Arkansas Office of General Counsel, Little Rock, AR, for Appellees.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

PER CURIAM.

In this action claiming employment-related discrimination and retaliation, Betty Marie Drye appeals the district court's[1] adverse grant of summary judgment, and the court's denial of her motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). Upon careful de novo review, this court finds no basis for reversing the summary judgment decision. *See Wierman v. Casey's Gen. Stores,* 638 F.3d 984, 993 (8th Cir.2011) (standard for reviewing summary judgment decision). This court further concludes that the district court did not clearly abuse its discretion in denying Drye's Rule 59(e) motion. *See United States v. Metro. St. Louis Sewer Dist.,* 440 F.3d 930, 933 (8th Cir.2006) (standard for reviewing denial of Rule 59(e) motion).

This court affirms. *See* 8th Cir. R. 47B.